# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GORDON,** | : | CIV NO. 3:24-CV-1820 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **GREG S. GORDON AND LISA FERRARO,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 29th day of April 2025, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss, (Doc. 12), is GRANTED without prejudice to the plaintiff filing and amended complaint which complies with the requirements of Rule 8 and clearly defines the basis of the Court's jurisdiction on or before **May 20, 2025**. The clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1