UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GORDON,** | : | CIV NO. 3:24-cv-1820 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **GREG S. GORDON AND LISA FERRARO, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 8th day of October 2025, for the reasons set forth in the accompanying Memorandum, IT IS ORDERED that the plaintiff's motion to alter judgment, (Doc. 38), is DENIED.

<i>S/ Martin C. Carlson</i><br>
Martin C. Carlson<br>
United States Magistrate Judge